AU54



FILED
FEB 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8108 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326 |
| Saul Alejandro VALENCIA-Estrada, | Deported Alien Found In the United States |
| Defendant. |  |

The undersigned complainant, being duly sworn, states:

On or about February 4, 2008, within the Southern District of California, defendant Saul Alejandro VALENCIA-Estrada, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 6th DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Saul Alejandro VALENCIA-Estrada

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, G. Powers, that Saul Alejandro VALENCIA-Estrada was found and arrested on February 4, 2008, east of Calexico, California.

BPA Powers was performing his assigned Border Patrol duties approximately 7 miles east of Calexico Port of Entry. BPA Powers apprehended a subject later identified as Saul Alejandro VALENCIA-Estrada. VALENCIA was apprehended with four illegal aliens, while driving a white Honda Accord bearing California license plates 4AKR123.

Record checks revealed that, VALENCIA was deported to Mexico from the United States on February 5, 2007. Record checks also revealed that VALENCIA is currently on Supervised Release for alien smuggling.

There is no evidence VALENCIA has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.

VALENCIA escaped while in custody and is currently at large.