| | |
|---|---|
| 1 | **STEPHEN D. DEMIK** |
|   | California State Bar No. 221167 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California  92101-5030 |
|   | Telephone No. (619) 234-8467 |
| 4 | Email: Stephen_Demik@fd.org |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8108 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **NOTICE OF APPEARANCE** |
| SAUL ALEJANDRO | ) |  |
| VALENCIA-ESTRADA, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated:  February 15, 2008            /s/ *STEPHEN D. DEMIK*
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
                                     Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: February 15, 2008                 /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)